CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

MAR 11 2013

JULIA C. DUDLEY, CLERK
BY: /s/ H McDonald
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

UNITED STATES OF AMERICA

v.

JAMIE DANTONI DILLARD,
   Petitioner.

Case No. 4:08-cr-00029-1

§ 2255 ORDER

By:   Hon. Jackson L. Kiser
      Senior United States District Judge

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED**

that petitioner's motion to re-evaluate sentencing calculations and presentence investigation report data to reduce or vacate sentence, pursuant to Rules 59(e) and 60(b), Fed. R. Civ. P. (ECF no. 61), is **CONSTRUED** as a motion to vacate, set aside or correct sentence, pursuant to 28 U.S.C. § 2255; the Clerk shall **OPEN** a new action for this § 2255 motion; this new action is **DISMISSED without prejudice** as a successive § 2255 motion; a certificate of appealability is **DENIED**; and the case is **STRICKEN** from the active docket of the court.

The Clerk is directed to send copies of this Order and the accompanying Memorandum Opinion to petitioner and to counsel of record for the United States.

ENTER: This 11th day of March, 2013.

/s/ Jackson L. Kiser
Senior United States District Judge